RYAN COREY WARD
AMANDA FAITH WARD
1745 BLAIR ST
WAYNESBORO, MS 39367

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

DILLARDSMASTERCARD
ATTN: BANKRUPTCY
PO BOX 6403
SIOUX FALLS, SD 57117

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BHG FINANCIAL
P.O. BOX 980938
WEST SACRAMEN, CA 95798

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

ABSOLUTE FINANCIAL
P.O. BOX 884
WAYNESBORO, MS 39367

CADENCE BK
POB 3370
TUPELO, MS 38803

DOUGLASS ORTHODONTICS
1945 PINE BELT DR
LAUREL, MS 39440

ADVANCE AMERICA
322 RHETT ST
GREENVILLE, SC 29601

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

FAMILY CHOICE
801 COURT ST
WAYNESBORO, MS 39367

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

CC BANK
ATTN: BANKRUPTCY
1835 W. STATE STREET
PLEASANT GROVE, UT 84062

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

AFFIRM
443 IRVING DR
BURBANK, CA 91504

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

GRTSTHRNBK
218 22ND AVE SOUTH
MERIDIAN, MS 39301

ALLY HOME LOANS
ATTN: BANKRUPTCY
425 PHILLIPS BLVD.
EWING, NJ 08618

CITIZENS NATIONAL BANK
ATTN: BANKRUPTCY DEPT
512 22ND AVENUE
MERIDIAN, MS 39301

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

AMEX
CORRESPONDENCE
PO BOX 981535
EL PASO, TX 79998

CORNERSTONE
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

CSPIRE WIRELESS
PO BOX 159
MEADVILLE, MS 39653

LINCOLN AUTOMOTIVE FIN
ATTN: BANKRUPTCY
P.O. BOX 542000
OMAHA, NE 68154

M&T CREDIT SERVICES
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240

M.S. GATLIN BUILDING S
P.O. BOX 407
WAYNESBORO, MS 39367

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

REPUBLIC FINANCE
5880 TRUSSVILLE CROSSI
BIRMINGHAM, AL 35235

SHEFFIELD
ATTN: BANKRUPTCY
PO BOX 25127
WINSTON-SALEM, NC 27114

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

SUNBELT FCU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TBOM
ATTN: BANKRUPTCY
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775

TITLE MAX
2312 TRINITY MILLS RD
CARROLLTON, TX 75006

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WAYNE GENERAL HOSPITAL
950 MATTHEW DRIVE
WAYNESBORO, MS 39367

WAYNESBORO FAMILY
P.O. BOX 1249
WAYNESBORO, MS 39367

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
P.O.BOX 393
MINNEAPOLIS, MN 55480

WELLS FARGO JEWELRY
ATTN: BANKRUPTCY
POB 10438
DES MOINES, IA 50306

WORLD FINANCE CORP
ATTN: BANKRUPTCY DEPT
P.O.BOX 6429
GREENVILLE, SC 29606