United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 26-50601-KMS

Ryan Corey Ward                                                                 Chapter 13

Amanda Faith Ward

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: 309I | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Corey Ward, Amanda Faith Ward, 1745 Blair St, Waynesboro, MS 39367-2201 |
| 5651056 | + | Absolute Financial, P.O. Box 884, Waynesboro, MS 39367-0884 |
| 5651059 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5651060 | + | Ally Home Loans, Attn: Bankruptcy, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5651071 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5651074 | + | Douglass Orthodontics, 1945 Pine Belt Dr, Laurel, MS 39440-1348 |
| 5651075 | + | Family Choice, 801 Court St, Waynesboro, MS 39367-2429 |
| 5651077 | + | Grtsthrnbk, 218 22nd Ave South, Meridian, MS 39301-5946 |
| 5651082 | + | M.S. Gatlin Building S, P.O. Box 407, Waynesboro, MS 39367-0407 |
| 5651087 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5651089 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5651091 | | Sunbelt FCU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5651098 | + | Waynesboro Family, P.O. Box 1249, Waynesboro, MS 39367-1249 |
| 5651101 | + | Wells Fargo Jewelry, Attn: Bankruptcy, Pob 10438, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Apr 14 2026 19:29:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | Email/Text: ecfnotices@rawlings13.net | Apr 14 2026 19:29:00 | David Rawlings, David Rawlings, Chapter 13 Trustee, P.O. Box 566, Hattiesburg, MS 39403 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Apr 14 2026 19:29:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5651057 | + | Email/Text: bnc@teampurpose.com | Apr 14 2026 19:29:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5651058 | + | Email/Text: bankruptcy@af247.com | Apr 14 2026 19:30:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5651061 | + | Email/PDF: bncnotices@becket-lee.com | Apr 14 2026 19:36:17 | Amex, Correspondence, Po Box 981535, El Paso, TX 79998-1535 |
| 5651062 | | EDI: BANKAMER | Apr 14 2026 23:26:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5651064 | ^ | MEBN | Apr 14 2026 19:28:01 | BHG Financial, P.O. Box 980938, West Sacramen, CA 95798-0938 |
| 5651063 | + | EDI: TSYS2 | Apr 14 2026 23:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5651067 | + | Email/Text: bankruptcy@ccbank.com | Apr 14 2026 19:29:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |

District/off: 0538-6       User: mssbad       Page 2 of 3

Date Rcvd: Apr 14, 2026       Form ID: 309I       Total Noticed: 50

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 5651069 | Email/Text: bankruptcy.notices@yourcnb.com | Apr 14 2026 19:29:00 | Citizens National Bank, Attn: Bankruptcy Dept, 512 22nd Avenue, Meridian, MS 39301 |
| 5651065 + | Email/Text: bankruptcy@cadencebank.com | Apr 14 2026 19:29:00 | Cadence Bk, Pob 3370, Tupelo, MS 38803-3370 |
| 5651066 + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 14 2026 19:29:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5651068 + | EDI: JPMORGANCHASE | Apr 14 2026 23:26:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5651070 ^ | MEBN | Apr 14 2026 19:27:42 | Cornerstone, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5651073 | EDI: DISCOVER | Apr 14 2026 23:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5651072 + | EDI: CITICORP | Apr 14 2026 23:26:00 | Dillardsmastercard, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 5651076 + | EDI: PHINGENESIS | Apr 14 2026 23:27:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5651079 + | Email/Text: ebone.woods@usdoj.gov | Apr 14 2026 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5651078 | EDI: IRS.COM | Apr 14 2026 23:26:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5651080 + | Email/Text: EBNBKNOT@ford.com | Apr 14 2026 19:30:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5651081 | Email/Text: camanagement@mtb.com | Apr 14 2026 19:29:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5651083 + | Email/Text: bankruptcy@marinerfinance.com | Apr 14 2026 19:29:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5651084 + | Email/Text: bankruptcy@republicfinance.com | Apr 14 2026 19:30:00 | Republic Finance, 5880 Trussville Crossi, Birmingham, AL 35235-3338 |
| 5651086 | Email/Text: bankruptcy_department@clacorp.com | Apr 14 2026 19:29:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5651085 ^ | MEBN | Apr 14 2026 19:27:43 | Sheffield, Attn: Bankruptcy, Po Box 25127, Winston-Salem, NC 27114-5127 |
| 5651088 + | Email/Text: bkinfo@ccfi.com | Apr 14 2026 19:29:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5651090 + | EDI: AGFINANCE.COM | Apr 14 2026 23:26:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5651093 + | EDI: SYNC | Apr 14 2026 23:26:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5651092 + | EDI: SYNC | Apr 14 2026 23:26:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5651094 + | Email/Text: nlorenz@bankofmissouri.com | Apr 14 2026 19:29:00 | Tbom, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 5651095 + | Email/Text: bkinfo@ccfi.com | Apr 14 2026 19:29:00 | Title Max, 2312 Trinity Mills Rd, Carrollton, TX 75006-1955 |
| 5651096 ^ | MEBN | Apr 14 2026 19:27:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5651097 | Email/Text: twilliams@waynegeneralhospital.org | Apr 14 2026 19:29:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |
| 5651099 + | EDI: WFFC2 | Apr 14 2026 23:26:00 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 14, 2026 | Form ID: 309I | Total Noticed: 50 |

5651102        +  Email/Text: bk@worldacceptance.com

Apr 14 2026 19:29:00    World Finance Corp, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5651100 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ryan Corey Ward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Amanda Faith Ward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

# Notice of Chapter 13 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ryan Corey Ward** | Social Security number or ITIN   **xxx–xx–5039** |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amanda Faith Ward** | Social Security number or ITIN   **xxx–xx–8337** |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number:  **26–50601–KMS**

Date case filed for chapter  **13**    **4/13/26**

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Ryan Corey Ward | Amanda Faith Ward |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 1745 Blair St Waynesboro, MS 39367 | 1745 Blair St Waynesboro, MS 39367 |
| **4.** | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr The Rollins Law Firm, PLLC PO BOX 13767 Jackson, MS 39236 | Contact phone 601–500–5533 Email trollins@therollinsfirm.com |
| **5.** | **Bankruptcy trustee** Name and address | David Rawlings David Rawlings, Chapter 13 Trustee P.O. Box 566 Hattiesburg, MS 39403 | Contact phone 601–582–5011 Email ecfnotices@rawlings13.net |
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse 2012 15th Street, Suite 244 Gulfport, MS 39501 | **Office Hours:** **Monday – Friday 8:00 AM – 5:00 PM** **Contact phone 228–563–1790** **Date: 4/14/26** |

**For more information, see page 2**

Debtor  **Ryan Corey Ward**  and  **Amanda Faith Ward**                                    Case number **26–50601–KMS**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2026** at **09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: David Rawlings<br>Zoom video meeting.<br>Go to zoom.us/join, enter Meeting ID 431 357 5185 and Passcode 8402453787 , OR call 769–267–0361.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/20/26** |
| | **Deadline for all creditors to file a proof of claim:**<br>(except governmental units) | **Filing deadline: 6/22/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/13/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | Miss. Bankr. L.R. 3015–1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. Any objection to the plan or to any motion contained therein shall be in writing and filed with the Clerk of Court on or before **June 3, 2026**. Objections will be heard on **June 16, 2026** at **01:30 PM** in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |