**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Ryan Corey Ward**                                    **Case No. 26-50601-KMS**
              **Amanda Faith Ward, Debtors**                          **CHAPTER 13**

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before June 3, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on June 16, 2026, at 01:30 PM in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: April 21, 2026                          /s/ Thomas C. Rollins, Jr.
                                                          *Thomas C. Rollins, Jr., Attorney for Debtor*


Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

MSSB-113 (12/17)

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>**Ryan Corey Ward**</td></tr>
<tr><td></td><td>Full Name (First, Middle, Last)</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>**Amanda Faith Ward**</td></tr>
<tr><td></td><td>Full Name (First, Middle, Last)</td></tr>
<tr><td>United States Bankruptcy Court for the</td><td>**SOUTHERN DISTRICT OF MISSISSIPPI**</td></tr>
<tr><td>Case number:<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance    **12/17**

| Part 1: | Notices |
| --- | --- |

**To Debtors:**  **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.**

In the following notice to creditors, you must check each box that applies

**To Creditors:**  **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ Included | ☐ Not Included |
| --- | --- | --- | --- |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

| Part 2: | Plan Payments and Length of Plan |
| --- | --- |

**2.1     Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2     Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$812.31**__ (☐ monthly, ☐ semi-monthly, ☑ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Direct.**

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

| Debtor | **Ryan Corey Ward** | Case number | |
| | **Amanda Faith Ward** | | |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____

_____

_____

**2.3** **Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

_____

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:** **Treatment of Secured Claims**

**3.1** **Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)** **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. §
☑ 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1** Mtg pmts to **Ally Home Loans**

Beginning **5/2026** @ **$1,544.67** ☐ Plan ☑ Direct. Includes escrow ☑ Yes ☐ No

**-NONE-** Mtg arrears to _____ Through _____

**3.1(b)** ☑ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **1** address: **1500 North Spring St Waynesboro, MS 39367**
**Wayne County**

Mtg pmts to **Grtsthrnbk**

Beginning **5/2026** @ **$784.05** ☐ Plan ☑ Direct. Includes escrow ☐ Yes ☐ No

Property **-NONE-** Mtg arrears to _____ Through _____

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor: **-NONE-** Approx. amt. due: _____ Int. Rate*: _____

Property Address: _____

Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Mississippi Chapter 13 Plan Page 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Ryan Corey Ward**<br>**Amanda Faith Ward** | Case number | |
|---|---|---|---|

Special claim for taxes/insurance: $ _____ **-NONE-** /month, beginning ___ month .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2**      **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one.*.**

     ☐    **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
         ***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

     ☑    Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

         The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Family Choice** | **$2,669.00** | **Household Goods** | **$1,200.00** | **$1,200.00** | **8.50%** |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Lincoln Automotive Fin** | **$34,002.00** | **2021 Ford Expedition 116963 miles** | **$30,013.00** | **$30,013.00** | **8.50%** |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Republic Finance** | **$4,072.00** | **Household Goods** | **$1,500.00** | **$1,500.00** | **8.50%** |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Sheffield** | **$5,079.00** | **2024 Evolution Maverick D4 Golf Cart** | **$5,000.00** | **$5,000.00** | **8.50%** |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| **-NONE-** | | | month |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Ryan Corey Ward** | Case number | |
|--------|----------------------|-------------|--|
|        | **Amanda Faith Ward** | | |

For vehicles identified in § 3.2: The current mileage is _____

### 3.3    Secured claims excluded from 11 U.S.C. § 506.

*Check one.*

☑  **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

### 3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.

*Check one.*

☑  **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

### 3.5    Surrender of collateral.

*Check one.*

☐  **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑  The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of Creditor** | **Collateral** |
|----------------------|----------------|
| M&T Credit Services | 2018 Keystone Passport Express 175BH |
| World Finance Corp | Household Goods |

*Insert additional claims as needed.*

---

| Part 4: | Treatment of Fees and Priority Claims |
|---------|----------------------------------------|

### 4.1    General

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

### 4.2    Trustee's fees

Trustee's fees are governed by statute and may change during the course of the case.

### 4.3    Attorney's fees.

☑ No look fee:  __**4,600.00**__

| | |
|--|--|
| Total attorney fee charged: | $**4,600.00** |
| Attorney fee previously paid: | $**272.00** |
| Attorney fee to be paid in plan per confirmation order: | $**4,328.00** |

☐ Hourly fee: $_____.  (Subject to approval of Fee Application.)

### 4.4    Priority claims other than attorney's fees and those treated in § 4.5.

*Check one.*

☐  **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑  Internal Revenue Service  **$23,053.81**_____ .
☐  Mississippi Dept. of Revenue  **$0.00**_____ .
☐  Other  _____  **$0.00**_____ .

### 4.5    Domestic support obligations.

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

| Debtor | **Ryan Corey Ward** | Case number | |
| | **Amanda Faith Ward** | | |

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑ The sum of $ **122,762.22**

☐ _____% of the total amount of these claims, an estimated payment of $____

☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00** Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

☐ The nonpriority unsecured allowed claims listed below are separately classified and will be treated as follows:

*Insert additional claims as needed.*

| Part 6: | **Executory Contracts and Unexpired Leases** |

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |

**7.1** **Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |

**8.1** **Check "None" or List Nonstandard Plan Provisions**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
**Absent an objection, any Proof of Claim filed by the IRS and/or MS Dept. of Revenue shall be paid pursuant to the claim.**

| Part 9: | **Signatures:** |

**9.1** **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Ryan Corey Ward**                    X **/s/ Amanda Faith Ward**
**Ryan Corey Ward**                          **Amanda Faith Ward**
Signature of Debtor 1                        Signature of Debtor 2

Executed on    **April  13, 2026**          Executed on    **April  13, 2026**

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

Debtor   **Ryan Corey Ward**                           Case number
         **Amanda Faith Ward**

**1745 Blair St**                              **1745 Blair St**
Address                                        Address
**Waynesboro MS 39367-0000**                   **Waynesboro MS 39367-0000**
City, State, and Zip Code                      City, State, and Zip Code

Telephone Number                               Telephone Number


X   **/s/ Thomas C. Rollins, Jr.**             Date   **April  13, 2026**
    **Thomas C. Rollins, Jr. 103469**
    Signature of Attorney for Debtor(s)
    **P.O. Box 13767**
    **Jackson, MS 39236**
    Address, City, State, and Zip Code
    **601-500-5533**                                  **103469 MS**
    Telephone Number                                  MS Bar Number
    **trollins@therollinsfirm.com**
    Email Address

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Family Choice Financial
c/o Robin Marie Rush
3208 Service Dr., Ste. E
Pearl, MS 39208

Republic Finance, LLC
c/o CT Corporation System
645 Lakeland East Dr, Ste 101
Flowood, MS 39232

Lincoln Automotive Financial Services
c/o CT Corporation System
645 Lakeland East Dr, Ste 101
Flowood, MS 39232

Sheffield Financial, A Div. of Truist Bank
c/o CEO/President
214 N Tryon St., Ste 3
Charlotte, NC, 28202

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: April 21, 2026

/s/ Thomas C. Rollins, Jr.
*Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RYAN COREY WARD
AMANDA FAITH WARD

CASE NO: 26-50601-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/21/2026, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RYAN COREY WARD
AMANDA FAITH WARD

CASE NO: 26-50601-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/21/2026, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/21/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

FAMILY CHOICE FINANCIAL
CO ROBIN MARIE RUSH
3208 SERVICE DRIVE SUITE E
PEARL MS 39208


FIRST CLASS

LINCOLN AUTOMOTIVE FINANCIAL SERVICES
CO C T CORPORATION SYSTEM
645 LAKELAND EAST DRIVE STE 101
FLOWOOD MS 39232


FIRST CLASS

REPUBLIC FINANCE LLC
CO CT CORPORATION SYSTEM
645 LAKELAND EAST DR STE 101
FLOWOOD MS 39232


CERTIFIED 9589071052703506513040

SHEFFIELD FINANCIAL A DIV OF TRUIST BANK
CO CEOPRESIDENT
214 N TYRON ST STE 3
CHARLOTTE NC 28202


CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50601-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
TUE APR 21 10-35-34 PST 2026


FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901


EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036


ABSOLUTE FINANCIAL
PO BOX 884
WAYNESBORO  MS 39367-0884


ADVANCE AMERICA
322 RHETT ST
GREENVILLE  SC 29601-2532


ADVANCE FINANCIAL 247
100 OCEANSIDE DRIVE
NASHVILLE  TN 37204-2351


AFFIRM
443 IRVING DR
BURBANK  CA 91504-2447


ALLY HOME LOANS
ATTN BANKRUPTCY
425 PHILLIPS BLVD
EWING  NJ 08618-1430


AMEX
CORRESPONDENCE
PO BOX 981535
EL PASO  TX 79998-1535


BHG FINANCIAL
PO BOX 980938
WEST SACRAMEN  CA 95798-0938


(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238


BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801


CC BANK
ATTN BANKRUPTCY
1835 W STATE STREET
PLEASANT GROVE  UT 84062-4038


CSPIRE WIRELESS
PO BOX 159
MEADVILLE  MS 39653-0159


CADENCE BK
POB 3370
TUPELO  MS 38803-3370


CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948


CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299


(P)CITIZENS NATIONAL BANK
P O BOX 911
MERIDIAN MS 39302-0911


CORNERSTONE
ATTN BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD  MO 63005-1243


DILLARDSMASTERCARD
ATTN BANKRUPTCY
PO BOX 6403
SIOUX FALLS  SD 57117-6403


(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025


DOUGLASS ORTHODONTICS
1945 PINE BELT DR
LAUREL  MS 39440-1348


FAMILY CHOICE
801 COURT ST
WAYNESBORO  MS 39367-2429

FORD MOTOR CREDIT COMPANY LLC DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

GENESIS FS CARD
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

GRTSTHRNBK
218 22ND AVE SOUTH
MERIDIAN  MS 39301-5946

HUNTINGTON NATIONAL BANK SUCCESSOR BY MERGER
PO BOX 1727
TUPELO  MS 38802-1727

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA  NE 68154-8000

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MS GATLIN BUILDING S
PO BOX 407
WAYNESBORO  MS 39367-0407

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG SC 29304-3058

REPUBLIC FINANCE
5880 TRUSSVILLE CROSSI
BIRMINGHAM  AL 35235-3338

EXCLUDE

SHEFFIELD
ATTN BANKRUPTCY
PO BOX 25127
WINSTON-SALEM  NC 27114-5127

(P)SIMPLE FAST LOANS  INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

(D)(P)SIMPLE FAST LOANS  INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

SOUTHERN BONE  JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG  MS 39401-8246

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPOT LOAN
PO BOX 927
PALATINE  IL 60078-0927

SPRINGLF FIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

SUNBELT FCU
ATTN BANKRUPTCY
6885 US HWY 49
HATTIESBURG  MS 39402

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

TBOM
ATTN BANKRUPTCY
906 N KINGSHIGHWAY
PERRYVILLE  MO 63775-1204

TITLE MAX
2312 TRINITY MILLS RD
CARROLLTON  TX 75006-1955

EXCLUDE

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE G 430
JACKSON  MS 39201-5022

(P)WAYNE GENERAL HOSPITAL
950 MATTHEW DRIVE
WAYNESBORO MS 39367-2590

WAYNESBORO FAMILY
PO BOX 1249
WAYNESBORO  MS 39367-1249

WELLS FARGO BANK NA
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS  MN 55480-0393

EXCLUDE

(D)WELLS FARGO BANK NA
ATTN BANKRUPTCY
PO BOX 393
MINNEAPOLIS  MN 55480-0393

WELLS FARGO JEWELRY
ATTN BANKRUPTCY
POB 10438
DES MOINES  IA 50306-0438

WORLD FINANCE CORP
ATTN BANKRUPTCY DEPT
POBOX 6429
GREENVILLE  SC 29606-6429

AMANDA FAITH WARD
1745 BLAIR ST
WAYNESBORO  MS 39367-2201

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

RYAN COREY WARD
1745 BLAIR ST
WAYNESBORO  MS 39367-2201

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767