**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
GULFPORT-6 **DIVISION**

IN RE:  RYAN COREY WARD AND AMANDA                    CHAPTER 13 PROCEEDING
FAITH WARD, DEBTORS

CASE NO. 26-50601-KMS

**APPEARANCE OF COUNSEL**

LOGS Legal Group LLP of Jackson, Mississippi, enters its appearance of counsel of record for Renasant Bank in the above referenced bankruptcy.  Pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which affect the Debtors or property of the Debtors.

Dated: This the 27th day of April, 2026.

Respectfully Submitted
LOGS LEGAL GROUP LLP


/s/ Eric C. Miller_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

David Rawlings
ecfnotices@rawlings13.net

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Ryan Corey Ward
1745 Blair St
Waynesboro, MS 39367

Amanda Faith Ward
1745 Blair St
Waynesboro, MS 39367


Dated: April 28, 2026_____

                                        Respectfully Submitted
                                        LOGS LEGAL GROUP LLP


                                         /s/ Eric C. Miller_____
                                        William Savage #105785
                                        Eric Miller #102327
                                        Attorney for Creditor


Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-50601-KMS