## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ryan Corey Ward                           Case No. 26-50601-KMS
         Amanda Faith Ward, Debtors                CHAPTER 13

### MOTION TO AMEND BANKRUPTCY PETITION

COMES NOW, Debtors, by and through counsel, and files this Motion to Amend Bankruptcy Petition and in support thereof would show the following:

1.      Debtors commenced this case on 4/13/2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.      On or about 6/8/2026 debtor discovered that the following information had been inadvertently misstated on their Petition due to scrivener's error.

1.      Joint-Debtor's f/k/a was missing. The f/k/a should be added as:

Amanda F Walley

WHEREFORE, the debtors move the Court that the Petition should be amended to add joint-debtor's f/k/a of Amanda F Walley.

WITNESS my signature on this the 10th day of June 2026.

/s/ Jennifer A Curry Calvillo
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Jennifer A Curry Calvillo, do hereby certify that a true and correct copy of the above and foregoing Motion to Amend Bankruptcy Petition was forwarded on this 10th day of June 2026, to:

By electronic ECF/CM notice:

Case Trustee
US Trustee

/s/ Jennifer A Curry Calvillo
Jennifer A Curry Calvillo, MSB # 104367