## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **Ryan Corey Ward**                           **Case No. 26-50601-KMS**
        **Amanda Faith Ward, Debtors**                **CHAPTER 13**

### ORDER AMENDING BANKRUPTCY PETITION

**THIS CAUSE** having come on this date on the Debtors' Motion to Amend Bankruptcy Petition (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

**IT IS THEREFORE ORDERED** that the Debtors' Motion to Amend Bankruptcy Petition is granted, and further, the Joint Debtor's name is changed to add joint-debtor's f/k/a of Amanda F Walley

**IT IS FURTHER ORDERED** that the attorney for the debtor shall serve a copy of this order on all parties within fourteen (14) days of the entry of this order and contemporaneously shall file a certificate of service with the clerk of this court.

### ###END OF ORDER###

Approved by:
/s/ Jennifer A Curry Calvillo
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
Attorney for Debtor