_____

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **RYAN COREY WARD**                        **CASE NO. 26-50601-KMS**
    **AMANDA FAITH WARD**

    **DEBTORS.**                                  **CHAPTER 13**

### <u>ORDER CHANGING STYLE OF PETITION</u>

**THIS CAUSE** having come before the Court on the Motion to Amend Bankruptcy Petition (Dkt. #21) filed in the above-referenced bankruptcy case, seeking to correct the style of the joint debtor's name from Amanda Faith Ward to Amanda Faith Ward fka Amanda F Walley, and the Court having considered same and otherwise being fully advised in the premises, finds that said Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the style of this case should be, and it hereby is, changed from Amanda Faith Ward to Amanda Faith Ward fka Amanda F Walley.

**IT IS FURTHER ORDERED** that the attorney for the joint debtor, Thomas Carl Rollins, Jr Esq., shall serve a copy of this order on all parties in interest within fourteen (14) days of the entry of this order and contemporaneously shall file a certificate of service with the clerk of this court.

##END OF ORDER##