United States Bankruptcy Court

Southern District of Mississippi

In re:

Ryan Corey Ward

Amanda Faith Ward

Debtors

Case No. 26-50601-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2

Date Rcvd: Jun 12, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Ryan Corey Ward, Amanda Faith Ward, 1745 Blair St, Waynesboro, MS 39367-2201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor Renasant Bank logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ryan Corey Ward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                   User: mssbad                               Page 2 of 2
Date Rcvd: Jun 12, 2026                Form ID: pdf012                            Total Noticed: 1

Thomas Carl Rollins, Jr
                          on behalf of Joint Debtor Amanda Faith Ward trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**RYAN COREY WARD**                                      **CASE NO. 26-50601-KMS**
**AMANDA FAITH WARD**

    **DEBTORS.**                                      **CHAPTER 13**

### ORDER CHANGING STYLE OF PETITION

**THIS CAUSE** having come before the Court on the Motion to Amend Bankruptcy Petition (Dkt. #21) filed in the above-referenced bankruptcy case, seeking to correct the style of the joint debtor's name from Amanda Faith Ward to Amanda Faith Ward fka Amanda F Walley, and the Court having considered same and otherwise being fully advised in the premises, finds that said Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the style of this case should be, and it hereby is, changed from Amanda Faith Ward to Amanda Faith Ward fka Amanda F Walley.

**IT IS FURTHER ORDERED** that the attorney for the joint debtor, Thomas Carl Rollins, Jr Esq., shall serve a copy of this order on all parties in interest within fourteen (14) days of the entry of this order and contemporaneously shall file a certificate of service with the clerk of this court.

##END OF ORDER##