# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50601          **Case Name:**   Ryan Corey Ward and Amanda Faith Ward

**Set:**   06/16/2026 01:30 pm   **Chapter:**  13   **Type:**  bk   **Judge**   Katharine M. Samson

**matter**   Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #19) - RESET TO 7/14/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) The Trustee's Objection (Dkt. #19) is reset to 7/14/26. Confirmation hearing removed. (mcc)