UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RYAN COREY WARD
AMANDA FAITH WARD

CASE NO: 26-50601

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/15/2026, I did cause a copy of the following documents, described below,

Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/15/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RYAN COREY WARD
AMANDA FAITH WARD

CASE NO: 26-50601

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/15/2026, a copy of the following documents, described below,

Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/15/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50601
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUN 15 11-0-57 PST 2026

FAMILY CHOICE FINANCIAL  INC  WAYNESBORO B
801 COURT STREET
WAYNESBORO  MS 39367-2429

FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~

RENASANT BANK
ATTN BANKRUPTCY DEPARTMENT
P O BOX 24605
WEST PALM BEACH  FL 33416-4605

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501 2036~~

ABSOLUTE FINANCIAL
PO BOX 884
WAYNESBORO  MS 39367-0884

ADVANCE AMERICA
322 RHETT ST
GREENVILLE  SC 29601-2532

ADVANCE FINANCIAL 247
100 OCEANSIDE DRIVE
NASHVILLE  TN 37204-2351

AFFIRM
443 IRVING DR
BURBANK  CA 91504-2447

(P)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
CORRESPONDENCE
PO BOX 981535
EL PASO  TX 79998-1535

B JOEY HOOD  II
B JOEY HOOD II  ATTORNEY AT LAW  PLLC
ATTORNEY FOR CREDITOR
POST OFFICE BOX 759
ACKERMAN  MS 39735-0759

BHG FINANCIAL
PO BOX 980938
WEST SACRAMEN  CA 95798-0938

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA  NA
PO BOX 673033
DALLAS  TX 75267-3033

(P)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801

CC BANK
ATTN BANKRUPTCY
1835 W STATE STREET
PLEASANT GROVE  UT 84062-4038

CSPIRE WIRELESS
PO BOX 159
MEADVILLE  MS 39653-0159

CADENCE BK
POB 3370
TUPELO  MS 38803-3370

CASHNETUSA
175 W JACKSON BLVD
SUITE 600
CHICAGO  IL 60604-2948

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

(P)CITIZENS NATIONAL BANK
P O BOX 911
MERIDIAN MS 39302-0911

CORNERSTONE
ATTN BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD  MO 63005-1243

DILLARDSMASTERCARD
ATTN BANKRUPTCY
PO BOX 6403
SIOUX FALLS  SD 57117-6403

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DOUGLASS ORTHODONTICS
1945 PINE BELT DR
LAUREL  MS 39440-1348

ERIC C MILLER
LOGS LEGAL GROUP  LLP
FOR RENASANT BANK
579 LAKELAND EAST DRIVE SUITE D
FLOWOOD  MS 39232-9037

FAMILY CHOICE
801 COURT ST
WAYNESBORO  MS 39367-2429

FORD MOTOR CREDIT COMPANY LLC DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTFO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

GREAT SOUTHERN BANK
1010 AZALEA DRIVE
WAYNESBORO  MS 39367-2499

GENESIS FS CARD
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

GRTSTHRNBK
218 22ND AVE SOUTH
MERIDIAN  MS 39301-5946

HATTIESBURG HB MEDICAL SERVICES CO PASI
PO BOX 188
BRENTWOOD  TN 37024-0188

HUNTINGTON NATIONAL BANK SUCCESSOR BY MERGER
PO BOX 1727
TUPELO  MS 38802-1727

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
ROBERTSON  ANSCHUTZ  SCHNEID
CRANE  PARTNERS  PLLC
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA  NE 68154-8000

MT BANK
PO BOX 1508
BUFFALO  NY 14240-1508

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MS GATLIN BUILDING S
PO BOX 407
WAYNESBORO  MS 39367-0407

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG SC 29304-3058

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND  WA  98083-0788

REPUBLIC FINANCE
5880 TRUSSVILLE CROSSI
BIRMINGHAM  AL 35235-3338

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SCIL  INC
2312 E TRINITY MILLS RD  STE 100
CARROLLTON  TX 75006-1955

SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
749 GATEWAY  SUITE G-601
ABILENE  TX 79602-1196

SHEFFIELD
ATTN BANKRUPTCY
PO BOX 25127
WINSTON-SALEM  NC 27114-5127

SHEFFIELD FINANCIAL  A DIVISION OF TRUIST BA
PO BOX 1847100500151
WILSON  NC 27894-1847

(P)SIMPLE FAST LOANS  INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

EXCLUDE

(D)(P)SIMPLE FAST LOANS  INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

SOUTHERN BONE  JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG  MS 39401-8246

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPOT LOAN
PO BOX 927
PALATINE  IL 60078-0927

SPRINGLF FIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

SUNBELT FEDERAL CREDIT UNION
ATTN BANKRUPTCY
6885 US HWY 49 3
HATTIESBURG  MS 39402

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

TMX FINANCE OF MISSISSIPPI  INC
2312 E TRINITY MILLS RD  STE 100
CARROLLTON  TX 75006-1955

TBOM
ATTN BANKRUPTCY
906 N KINGSHIGHWAY
PERRYVILLE  MO 63775-1204

TITLE MAX
2312 TRINITY MILLS RD
CARROLLTON  TX 75006-1955

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201-5022

(P)WAYNE GENERAL HOSPITAL
950 MATTHEW DRIVE
WAYNESBORO MS 39367-2590

WAYNESBORO FAMILY
PO BOX 1249
WAYNESBORO  MS 39367-1249

EXCLUDE

WELLS FARGO BANK NA
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS  MN 55480-0393

(D)WELLS FARGO BANK NA
ATTN BANKRUPTCY
PO BOX 393
MINNEAPOLIS  MN 55480-0393

WELLS FARGO BANK  NA
WELLS FARGO CARD SERVICES
PO BOX 10438  MAC F8235-02F
DES MOINES  IA 50306-0438

WELLS FARGO BANK  NA  WELLS FARGO CARD SER
PO BOX 10438  MAC F823502F
DES MOINES  IA  50306-0438

WELLS FARGO JEWELRY
ATTN BANKRUPTCY
POB 10438
DES MOINES  IA 50306-0438

WORLD ACCEPTANCE CORP
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

EXCLUDE

WORLD FINANCE CORP
ATTN BANKRUPTCY DEPT
POBOX 6429
GREENVILLE  SC 29606-6429

AMANDA FAITH WARD
1745 BLAIR ST
WAYNESBORO  MS 39367-2201

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR                                              EXCLUDE

RYAN COREY WARD                                     THOMAS CARL ROLLINS JR
1745 BLAIR ST                                       THE ROLLINS LAW FIRM  PLLC
WAYNESBORO  MS 39367-2201                            PO BOX 13767
                                                    JACKSON  MS 39236-3767