# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50601          **Case Name:** Ryan Corey Ward and Amanda Faith Ward

**Set:** 07/14/2026 01:30 pm   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #19)

---

Minute Entry Re: (related document(s): [19] Objection to Confirmation of the Plan filed by David Rawlings) Appearance: Brian Christopher Wilson. Matter will be reset per request of parties. (cwe)