United States Bankruptcy Court
Southern District of Mississippi

In re:
Ryan Corey Ward
Amanda Faith Ward
Debtors

Case No. 26-50601-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 5
Date Rcvd: Aug 21, 2026 | Form ID: ntcds13v | Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Corey Ward, Amanda Faith Ward, 1745 Blair St, Waynesboro, MS 39367-2201 |
| cr | + | Family Choice Financial, Inc. - Waynesboro Branch, 801 Court Street, Waynesboro, MS 39367-2429 |
| cr | + | Renasant Bank, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| 5651056 | + | Absolute Financial, P.O. Box 884, Waynesboro, MS 39367-0884 |
| 5651059 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5651071 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5651074 | + | Douglass Orthodontics, 1945 Pine Belt Dr, Laurel, MS 39440-1348 |
| 5651077 | + | Grtsthrnbk, 218 22nd Ave South, Meridian, MS 39301-5946 |
| 5661630 | + | HUNTINGTON NATIONAL BANK SUCCESSOR BY MERGER TO CA, PO BOX 1727, TUPELO, MS 38802-1727 |
| 5651082 | + | M.S. Gatlin Building S, P.O. Box 407, Waynesboro, MS 39367-0407 |
| 5687432 | + | Renasant Bank, c/o Onity Mortgage Corporation, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| 5651087 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5651089 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5651091 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5651098 | + | Waynesboro Family, P.O. Box 1249, Waynesboro, MS 39367-1249 |
| 5651101 | + | Wells Fargo Jewelry, Attn: Bankruptcy, Pob 10438, Des Moines, IA 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 21 2026 23:50:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5651057 | + | Email/Text: bnc@teampurpose.com | Aug 21 2026 19:54:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5651058 | + | Email/Text: bankruptcy@af247.com | Aug 21 2026 19:54:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5671274 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 20:03:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5651061 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 20:03:14 | Amex, Correspondence, Po Box 981535, El Paso, TX 79998-1535 |
| 5674248 | + | Email/Text: notices@jhoodlaw.com | Aug 21 2026 19:54:00 | B. Joey Hood, II, B. Joey Hood II, Attorney at Law, PLLC, Attorney for Creditor, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5651062 | | EDI: BANKAMER | Aug 21 2026 23:50:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5678700 | | Email/Text: bankruptcy@bhg-inc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 19:54:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse NY 13204 |
| 5651064 | ^ | MEBN | Aug 21 2026 19:53:39 | BHG Financial, P.O. Box 980938, West Sacramen, CA 95798-0938 |
| 5683004 | | EDI: BANKAMER | Aug 21 2026 23:50:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5651063 | + | EDI: TSYS2 | Aug 21 2026 23:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5651067 | + | Email/Text: bankruptcy@ccbank.com | Aug 21 2026 19:54:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5651060 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 21 2026 19:54:00 | Ally Home Loans, Attn: Bankruptcy, 425 Phillips Blvd., Ewing, NJ 08618 |
| 5651069 | | Email/Text: bankruptcy.notices@yourcnb.com | Aug 21 2026 19:54:00 | Citizens National Bank, P.O. Box 911, Meridian, MS 39302 |
| 5651065 | + | Email/Text: bankruptcy@cadencebank.com | Aug 21 2026 19:54:00 | Cadence Bk, Pob 3370, Tupelo, MS 38803-3370 |
| 5651066 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 21 2026 19:54:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5687961 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2026 19:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5651068 | + | EDI: JPMORGANCHASE | Aug 21 2026 23:50:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5682134 | | EDI: CITICORP | Aug 21 2026 23:50:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5651070 | ^ | MEBN | Aug 21 2026 19:53:24 | Cornerstone, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5651073 | | EDI: DISCOVER | Aug 21 2026 23:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5651072 | + | EDI: CITICORP | Aug 21 2026 23:50:00 | Dillardsmastercard, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 5651075 | | Email/Text: rrush@familychoicefinancial.com | Aug 21 2026 19:54:00 | Family Choice, 801 Court St, Waynesboro, MS 39367 |
| 5652948 | + | EDI: AISACG.COM | Aug 21 2026 23:50:00 | Ford Motor Credit Company LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5662081 | + | EDI: AISACG.COM | Aug 21 2026 23:50:00 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5667587 | + | Email/Text: RICHARDSONJ@gsnb.com | Aug 21 2026 19:54:00 | GREAT SOUTHERN BANK, 1010 AZALEA DRIVE, WAYNESBORO, MS 39367-2499 |
| 5651076 | + | EDI: PHINGENESIS | Aug 21 2026 23:50:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5668652 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 21 2026 19:54:00 | HATTIESBURG HB MEDICAL SERVICES C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5651079 | + | Email/Text: ebone.woods@usdoj.gov | Aug 21 2026 19:54:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5651078 | | EDI: IRS.COM | Aug 21 2026 23:50:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5680686 | | EDI: JEFFERSONCAP.COM | Aug 21 2026 23:50:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5665959 | + | Email/Text: RASEBN@raslg.com | Aug 21 2026 19:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5651080 | + | Email/Text: EBNBKNOT@ford.com | Aug 21 2026 19:54:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5651081 | | Email/Text: camanagement@mtb.com | Aug 21 2026 19:54:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5682485 | + | Email/Text: camanagement@mtb.com | Aug 21 2026 19:54:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5685850 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 21 2026 19:54:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM,MD 21236-5034 |
| 5651083 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 21 2026 19:54:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5669462 | | EDI: AGFINANCE.COM | Aug 21 2026 23:50:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5661222 | + | Email/Text: bnc@teampurpose.com | Aug 21 2026 19:54:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |
| 5671813 | | EDI: Q3G.COM | Aug 21 2026 23:50:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5661798 | | Email/Text: bankruptcy@republicfinance.com | Aug 21 2026 19:54:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5651084 | + | Email/Text: bankruptcy@republicfinance.com | Aug 21 2026 19:54:00 | Republic Finance, 5880 Trussville Crossi, Birmingham, AL 35235-3338 |
| 5662075 | + | Email/Text: bkinfo@ccfi.com | Aug 21 2026 19:54:00 | SCIL, INC, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5651086 | | Email/Text: bankruptcy_department@clacorp.com | Aug 21 2026 19:54:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5653210 | | Email/Text: bankruptcy_department@clacorp.com | Aug 21 2026 19:54:00 | Simple Fast Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350 |
| 5680961 | + | Email/Text: bncmail@w-legal.com | Aug 21 2026 19:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5651085 | ^ | MEBN | Aug 21 2026 19:53:27 | Sheffield, Attn: Bankruptcy, Po Box 25127, Winston-Salem, NC 27114-5127 |
| 5670673 | | Email/Text: bankruptcy@bbandt.com | Aug 21 2026 19:54:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5651088 | + | Email/Text: bkinfo@ccfi.com | Aug 21 2026 19:54:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5651090 | + | EDI: AGFINANCE.COM | Aug 21 2026 23:50:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5686254 | + | EDI: AIS.COM | Aug 21 2026 23:50:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5651093 | + | EDI: SYNC | Aug 21 2026 23:50:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5651092 | + | EDI: SYNC | Aug 21 2026 23:50:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5662077 | + | Email/Text: bkinfo@ccfi.com | Aug 21 2026 19:54:00 | TMX Finance of Mississippi, Inc, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5651094 | + | Email/Text: nlorenz@bankofmissouri.com | Aug 21 2026 19:54:00 | Tbom, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |

| | | | | |
|---|---|---|---|---|
| 5651095 | + | Email/Text: bkinfo@ccfi.com | Aug 21 2026 19:54:00 | Title Max, 2312 Trinity Mills Rd, Carrollton, TX 75006-1955 |
| 5651096 | ^ | MEBN | Aug 21 2026 19:53:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5651097 | | Email/Text: twilliams@waynegeneralhospital.org | Aug 21 2026 19:54:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |
| 5651099 | + | EDI: WFFC2 | Aug 21 2026 23:50:00 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5672890 | | EDI: WFCCSBK | Aug 21 2026 23:50:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5668053 | + | Email/Text: bk@worldacceptance.com | Aug 21 2026 19:54:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5651102 | + | Email/Text: bk@worldacceptance.com | Aug 21 2026 19:54:00 | World Finance Corp, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5651100 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 5674366 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5674367 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5675040 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5664591 | ##+ | Eric C Miller, LOGS Legal Group, LLP, For Renasant Bank, 579 Lakeland East Drive Suite D, Flowood, MS 39232-9037 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | |

| | |
|---|---|
| | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor Renasant Bank logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ryan Corey Ward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Amanda Faith Ward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 26–50601–KMS
Chapter: 13

In re:

Ryan Corey Ward
1745 Blair St
Waynesboro, MS 39367

Amanda Faith Ward
fka Amanda F Walley
1745 Blair St
Waynesboro, MS 39367

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–5039 xxx–xx–8337

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on August 19, 2026, Ryan Corey Ward and Amanda Faith Ward (the "Debtors") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 35). On August 21, 2026, the court entered an *ex parte* order (Dkt. # 36) granting the Debtors' Motion.

Pursuant to Miss. Bankr. L.R. 1017–1(f)(2)(C) any party in interest may file an objection to the Debtors' Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 8/21/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790