**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| In re:<br>RYAN COREY WARD<br>AMANDA FAITH WARD<br>Debtor(s) | Case No. 26-50601 KMS |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2026.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/21/2026.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $62,627.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,580.04 |
| Less amount refunded to debtor | $10,580.04 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor: $272.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABSOLUTE FINANCIAL | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE FINANCIAL | Unsecured | 2,515.47 | NA | NA | 0.00 | 0.00 |
| ADVANCE FINANCIAL | Unsecured | 4,289.97 | NA | NA | 0.00 | 0.00 |
| AFFIRM | Unsecured | 529.15 | NA | NA | 0.00 | 0.00 |
| AFFIRM | Unsecured | 189.79 | NA | NA | 0.00 | 0.00 |
| AFFIRM | Unsecured | 839.42 | NA | NA | 0.00 | 0.00 |
| AFFIRM | Unsecured | 104.17 | NA | NA | 0.00 | 0.00 |
| AFFIRM | Unsecured | 325.94 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 17,639.00 | 17,639.00 | 17,639.00 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 13,240.00 | 13,240.28 | 13,240.28 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 7,937.00 | 7,950.14 | 7,950.14 | 0.00 | 0.00 |
| BANKERS HEALTHCARE GROUP, LL( | Unsecured | 32,120.06 | 33,967.40 | 33,967.40 | 0.00 | 0.00 |
| BARCLAY'S BANK DELAWARE | Unsecured | 17,051.00 | NA | NA | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 885.00 | 1,113.42 | 1,113.42 | 0.00 | 0.00 |
| C SPIRE WIRELESS | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| CADENCE BANK | Unsecured | 10,304.00 | NA | NA | 0.00 | 0.00 |
| CADENCE BANK | Unsecured | 6,220.00 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 2,595.10 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 3,070.82 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA | Unsecured | NA | 4,855.54 | 4,855.54 | 0.00 | 0.00 |
| CASHNETUSA | Unsecured | NA | 3,710.73 | 3,710.73 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | NA | 17,524.34 | 17,524.34 | 0.00 | 0.00 |
| CC BANK | Unsecured | 3,394.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. - EXCEPTION PAYME | Unsecured | NA | 3,274.00 | 3,274.00 | 0.00 | 0.00 |
| CITIZENS NATIONAL BANK | Unsecured | 4,591.00 | 4,591.87 | 4,591.87 | 0.00 | 0.00 |
| CORNERSTONE | Unsecured | 59,985.00 | NA | NA | 0.00 | 0.00 |
| DILLARDS CARDS | Unsecured | 2,937.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER CARD | Unsecured | 6,639.00 | NA | NA | 0.00 | 0.00 |
| DOUGLASS ORTHODONTICS | Unsecured | 1,563.00 | NA | NA | 0.00 | 0.00 |
| FAMILY CHOICE FINANCIAL, INC. -W. | Secured | 2,669.00 | 2,794.26 | 2,794.26 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY, LI | Secured | 34,002.00 | 32,483.61 | 32,483.61 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Genesis FS Card | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| HATTIESBURG HB MEDICAL SERVICI | Unsecured | NA | 252.70 | 252.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | 256.55 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 23,053.81 | 22,761.26 | 22,504.71 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 2,359.97 | 2,359.97 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 747.03 | 747.03 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 23,503.00 | 23,503.74 | 23,503.74 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 22,259.00 | 22,259.45 | 22,259.45 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 16,974.00 | 16,974.95 | 16,974.95 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 7,485.00 | 7,485.60 | 7,485.60 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 5,890.00 | 5,890.73 | 5,890.73 | 0.00 | 0.00 |
| M S GATLIN BUILDING S | Unsecured | 38,811.03 | NA | NA | 0.00 | 0.00 |
| M&T BANK | Secured | 14,474.00 | 14,675.27 | 14,675.27 | 0.00 | 0.00 |
| MARINER FINANCE | Unsecured | 8,575.00 | 10,690.67 | 10,690.67 | 0.00 | 0.00 |
| ONEMAIN | Unsecured | NA | 9,367.92 | 9,367.92 | 0.00 | 0.00 |
| ONITY MORTGAGE CORPOPRATION | Secured | NA | 1,146.29 | 1,146.29 | 0.00 | 0.00 |
| PURPOSE FINANCIAL, INC. DEPT 260 | Unsecured | 1,110.01 | 3,129.39 | 3,129.39 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,295.30 | 1,295.30 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 842.71 | 842.71 | 0.00 | 0.00 |
| REPUBLIC FINANCE | Secured | 4,072.00 | NA | NA | 0.00 | 0.00 |
| REPUBLIC FINANCE, LLC | Unsecured | NA | 4,397.71 | 4,397.71 | 0.00 | 0.00 |
| SCIL, INC. | Unsecured | NA | 4,568.71 | 4,568.71 | 0.00 | 0.00 |
| SCOLOPAX, LLC | Unsecured | NA | 2,828.35 | 2,828.35 | 0.00 | 0.00 |
| SHEFFIELD FINANCIAL | Unsecured | 5,079.00 | 4,544.97 | 4,544.97 | 0.00 | 0.00 |
| SIMPLE FAST LOANS, INC | Unsecured | 2,115.91 | NA | NA | 0.00 | 0.00 |
| SIMPLE FAST LOANS, INC | Unsecured | 1,216.93 | NA | NA | 0.00 | 0.00 |
| SIMPLE FAST LOANS, INC | Unsecured | NA | 1,724.29 | 1,724.29 | 0.00 | 0.00 |
| SOUTHERN BONE & JOINT | Unsecured | 2,215.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 2,915.75 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 3,363.79 | NA | NA | 0.00 | 0.00 |
| SPOT LOAN | Unsecured | 1,425.10 | NA | NA | 0.00 | 0.00 |
| SPRINGLIFE FINANCIAL | Unsecured | 8,862.00 | NA | NA | 0.00 | 0.00 |
| SUNBELT FEDERAL CREDIT UNION | Unsecured | 8,602.00 | 10,012.30 | 10,012.30 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,086.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFO SOI | Unsecured | 6,258.00 | 6,258.05 | 6,258.05 | 0.00 | 0.00 |
| TBOM / CCI MC | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| THE HUNTINGTON NATIONAL BANK | Unsecured | NA | 9,990.07 | 9,990.07 | 0.00 | 0.00 |
| THE HUNTINGTON NATIONAL BANK | Unsecured | NA | 5,999.13 | 5,999.13 | 0.00 | 0.00 |
| TITLE MAX | Unsecured | 2,350.68 | NA | NA | 0.00 | 0.00 |
| TITLE MAX | Unsecured | 3,621.84 | NA | NA | 0.00 | 0.00 |
| TMX FINANCE OF MISSISSIPI, INC. | Unsecured | NA | 2,757.36 | 2,757.36 | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 2,554.43 | NA | NA | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 950.66 | NA | NA | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 1,369.66 | NA | NA | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 193.94 | NA | NA | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 1,578.52 | NA | NA | 0.00 | 0.00 |
| WAYNE GENERAL HOSPITAL | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 5,326.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 4,622.00 | 13,590.86 | 13,590.86 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 13,590.00 | 4,622.35 | 4,622.35 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | NA | 5,326.40 | 5,326.40 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 23,846.00 | 23,846.06 | 23,846.06 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATIOI | Unsecured | 1,487.00 | 1,705.34 | 1,705.34 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $1,146.29 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $32,483.61 | $0.00 | $0.00 |
| All Other Secured | $17,469.53 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$51,099.43** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $22,504.71 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$22,504.71** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$315,095.38** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $0.00 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS :** | | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/29/2026 By: /s/ David Rawlings
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.